1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 CLAUDE WITHERS,                              No. CIV S-05-1485-FCD-CMK-P

12              Petitioner,

13       vs.                                    ORDER

14 CLAUDE FINN, Warden,

15              Respondent.

16 _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended

19 petition for a writ of habeas corpus (Doc. 7), filed on December 29, 2005.[1]

20          The court has examined the petition as required by Rule 4 of the Federal Rules

21 Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached

22 exhibits that petitioner is not entitled to relief.  See id.  Respondent, therefore, will be directed to

23 file a response to petitioner's petition.  See id.  If respondent answers the petition, such answer

24 _____

25      [1]     The original petition was dismissed with leave to amend because petitioner did
not name the correct respondent.  The amended petition names the correct respondent.  The
26 Clerk of the Court will be directed to update the docket to reflect the above caption.

1

1   must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an

2   answer shall be accompanied by any and all transcripts or other documents relevant to the

3   determination of the issue(s) presented in the petition.  See id.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1.      The Clerk of the Court is directed to update the court's docket to reflect

6   the caption above by terminating "Board of Prison Terms" and "Margarita Perez" as respondents

7   and adding "Claude Finn, Warden" as the sole respondent;

8          2.      Respondent is directed to file a response to petitioner's amended petition

9   within 30 days from the date of service of this order;

10          3.      Petitioner's traverse or reply (if respondent files an answer to the petition),

11   if any, or opposition or statement of non-opposition (if respondent files a motion in response to

12   the petition) shall be filed and served within 30 days of service of respondent's response; and

13          4.      The Clerk of the Court shall serve a copy of this order, together with a

14   copy of petitioner's petition for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney

15   General.

16

17   DATED:   April 3, 2006.

18

19                                         _____
                                           **CRAIG M. KELLISON**
20                                         UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

2