IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE WITHERS, | No. CIV S-05-1485-FCD-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| BOARD OF PRISON TERMS, et al., | |
|     Respondents. | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Given the complexity of the issues raised in this case, on the court appointed the Federal Public Defender to represent petitioner and directed the parties to submit status reports within 60 days.  The purpose of the status reports was to elicit from the parties their thoughts on proceeding with this case in light of the pendency of an appeal in <u>Sass v. California Board of Prison Terms</u>, 376 F. Supp. 2d 975 (E.D. Cal. 2005), in the Ninth Circuit Court of Appeals. Because the Ninth Circuit decided <u>Sass</u> on August 31, 2006, there is no longer a need for status reports.  The parties will, therefore, be relieved of the obligation to submit status reports.

1  The court also directed respondents to file either a renewed motion to dismiss or answer on the merits, as appropriate, within 30 days after the Ninth Circuit's decision in Sass. Because of the recent appointment of counsel to represent petitioner, the court will provide petitioner, through appointed counsel, the opportunity to file a supplemental memorandum of points and authorities addressing the merits of the claims raised in the petition. Respondents shall then file an answer on the merits within 30 days after service of petitioner's supplemental memorandum or, if none is filed, within 30 days after expiration of the time to do so. Petitioner may file a traverse within 30 days after service of the answer, whereupon this case will stand submitted for a decision on the merits.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties are relieved of the obligation to file status reports;

2. Respondents are relieved of the obligation to file an answer within 30 days of the Ninth Circuit's decision in Sass;

3. Within 30 days of the date of this order, petitioner, through appointed counsel, may file a supplemental memorandum of points and authorities addressing the merits of the claims raised in this petition;

4. Within 30 days after service of petitioner's supplemental memorandum in support of the petition, or within 30 days after expiration of the time to do so if none is filed, respondents shall file an answer; and

5. Petitioner's traverse is due within 30 days after service of respondents' answer.

DATED: September 5, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE