UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claude Withers,<br><br>       Petitioner<br><br> v.<br><br>Claude Finn,<br><br>       Respondent. | No. 2:05-CV-01485 FCD CMK<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL POINTS AND AUTHORITIES** |

GOOD CAUSE APPEARING, Petitioner Claude Withers is granted an extension of time, up to and including November 17, 2006, in which to file a supplemental memorandum of points and authorities in support of the petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED: October 18, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE