IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDE WITHERS,                              No. CIV S-05-1485-FCD-CMK-P

    Petitioner,

  vs.                                                          ORDER

CLAUDE FINN, Warden,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in 2003. Pending before the court is petitioner's request for a certificate of appealability (Doc. 31), filed on December 5, 2007.

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required

1

1  showing or must state the reasons why such a certificate should not issue.  <u>See</u> Fed. R. App. P.
2  22(b).  For the reasons set forth in the magistrate judge's September 18, 2007, findings and
3  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
4  right.
5      Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
6  of appealability is denied.
7  DATED: January 7, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE